UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2208-GW(JWJx) | Date | July 1, 2009 |
|---|---|---|---|
| Title | *Hitek Software LLC v. Vision Financial Corporation, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   ORDER TO SHOW CAUSE RE: SETTLEMENT

On June 29, 2009, Plaintiff Hitek Software, LLC filed a Notice of Settlement. Counsel are hereby notified that on the Court's own motion, an Order to Show Cause hearing re: Settlement is set for **December 3, 2009 at 8:30 a.m.**

The parties are advised that the order to show cause hearing will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by no later than 12:00 p.m. on December 2, 2009.

IT IS SO ORDERED.

                                                                                      :
                                                      Initials of Preparer   JG